# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

**WILBERT R. HURST,**

    **Plaintiff,**

**vs.**                                                              **Case No. 4:19cv244-WS/CAS**

**WHITNEY A. FLESHER, et al.,**

    **Defendants.**

_____/

## REPORT AND RECOMMENDATION

Plaintiff, proceeding pro se, initiated this case in late May 2019, but it has taken until September 10, 2019, for Plaintiff to pay the filing fee. ECF No. 12. Now that Plaintiff has paid the fee, his civil rights complaint, ECF No. 1, and motion to transfer this case, ECF No. 5, have now been reviewed. Plaintiff explains in this motion that this Court is "not the most appropriate venue for this case" and he requests that it be transferred to the Middle District of Florida. ECF No. 5. Plaintiff's complaint indicates that the events about which he complains occurred at Union Correctional Institution and all Defendants were employed there as well. ECF No. 1 at 3-4.

Union Correctional Institution is in Raiford, Florida. ECF No. 1 at 3. Because the events at issue in this case and all Defendants are located there, the proper forum for this action pursuant to 28 U.S.C. § 1391(b) and 28 U.S.C. § 89(b) is in the United States District Court for the Middle District of Florida, Jacksonville Division. Plaintiff's motion to transfer tihs case, ECF No. 5, should be granted.

In light of the foregoing, and pursuant to 28 U.S.C. §§ 1404(a) and 1406(a), it is respectfully **RECOMMENDED** that Plaintiff's motion to transfer, ECF No. 5, be **GRANTED** and this case be transferred to the United States District Court for the Middle District of Florida, Jacksonville Division, for all further proceedings.

**IN CHAMBERS** at Tallahassee, Florida, on September 12, 2019.

 S/    Charles A. Stampelos
**CHARLES A. STAMPELOS**
**UNITED STATES MAGISTRATE JUDGE**

## NOTICE TO THE PARTIES

A party may file specific, written objections to the proposed findings and recommendations within 14 days after being served with a copy of this report and recommendation. A party may respond to

Case No. 4:19cv244-WS/CAS

**another party's objections within 14 days after being served with a copy thereof. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**

Case No. 4:19cv244-WS/CAS