IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

WILBERT R. HURST,

      Plaintiff,

v.                                              4:19cv244–WS/CAS

WHITNEY A. FLESHER, et al.,

      Defendants.

_____

ORDER ADOPTING THE MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation (ECF

No.13) docketed September 12, 2019. The magistrate judge recommends that this

action be transferred to the Middle District of Florida.

The court having reviewed the matter, it is ORDERED:

1. The magistrate judge's report and recommendation (ECF No. 13) is

adopted and incorporated by reference in this order of the court.

2. The plaintiff's motion (ECF No. 5) to transfer this case to the Middle

District is GRANTED.

3. The clerk shall TRANSFER this action to the United States District Court

for the Middle District of Florida, Jacksonville Division, for all further

proceedings.

DONE AND ORDERED this ___7th___ day of ___October___, 2019.


s/ William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE